IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:09-CR-19-D

UNITED STATES OF AMERICA, )
)
v. ) **ORDER**
)
WILBUR CHARITY, )
)
Defendant. )

The United States shall file a response to defendant's motion for reconsideration [D.E. 54] not later than August 11, 2022. Cf. Concepcion v. United States, No. 20-1650, 2022 WL 2295029 (U.S. June 27, 2022); United States v. Goodwyn, 596 F.3d 233, 235–36 (4th Cir. 2010).

SO ORDERED. This 7 day of July, 2022.

JAMES C. DEVER III
United States District Judge