IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:09-CR-19-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILBUR CHARITY, | ) | |
| | ) | |
| Defendant. | ) | |

On May 7, 2020, the court denied Wilbur Charity's motion for a sentence reduction [D.E. 52]. On May 24, 2022, Charity filed a motion for reconsideration [D.E. 54]. On July 26, 2022, the United States responded in opposition [D.E. 56]. For the reasons stated in the government's response in opposition [D.E. 56], the court DENIES defendant's motion for reconsideration [D.E. 54]. See Concepcion v. United States, 142 S. Ct. 2389, 2401–05 (2022); United States v. Goodwyn, 596 F.3d 233, 236 (4th Cir. 2010).

SO ORDERED. This 27 day of July, 2022.

JAMES C. DEVER III
United States District Judge